

1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ENRIQUE BEJARANO,                                    )
                                                     )
                   Plaintiff,                        )        3:10-cv-00586-ECR-RAM
                                                     )
vs.                                                  )
                                                     )        **ORDER**
NEVADA DEPARTMENT OF                                 )
CORRECTIONS, *et al.*,                               )
                                                     )
                   Defendants.                       )
_____/

        Plaintiff has submitted a *pro se* civil rights complaint as well as an application to proceed

*in forma pauperis*. However, it appears that plaintiff has been released from the custody of the Nevada

Department of Corrections and is no longer incarcerated. Accordingly, plaintiff must complete a new

application to proceed *in forma pauperis* on the non-prisoner form. Plaintiff will be granted thirty (30)

days to submit a completed and signed application to proceed *in forma pauperis* on the non-prisoner

form provided by this court. The application must be accompanied by all required financial

documentation, as described in the instructions for use of the form.

        **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved

form for a non-prisoner Application to Proceed *In Forma Pauperis*, as well as the document

1  "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."  Within **thirty (30)**

2  days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed non-prisoner

3  application to proceed *in forma pauperis*, along with all required financial documentation, on the form

4  provided by this court.  Plaintiff's failure to file a non-prisoner application to proceed *in forma pauperis*

5  in compliance with this order may result in the immediate dismissal of this entire action.

6         DATED:  January 28, 2011.

7

8  _____
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2