1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ENRIQUE BEJARANO, ) | |
| ) | |
| Plaintiff, ) | 3:10-cv-00586-ECR-RAM |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| NEVADA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. By order dated January 28, 2011, the court directed plaintiff to file a completed application to proceed *in forma pauperis* on the court-approved non-prisoner form along with the required financial documentation within thirty (30) days of the date of entry of the order (docket #4). The court expressly warned plaintiff that failure to comply with this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed, and plaintiff has not responded to this court's order in any manner. Accordingly, this entire action will be dismissed for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that plaintiff's incomplete application to proceed *in forma pauperis* (docket #1) is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this court's order dated January 28, 2011.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 16th day of March 2011.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE