AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

ENRIQUE BEJARANO,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:10-cv-00586-ECR-RAM**

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for the failure of plaintiff to comply with this court's order dated January 28, 2011 (Docket No. 4).

  March 16, 2011                                               **LANCE S. WILSON**
                                                                                   Clerk

                                                                                      /s/ Katie Lynn Ogden
                                                                                        Deputy Clerk